## STATE, EX REL. ATTORNEY GENERAL v. DANIEL.

(Decided July 6, 1916.)

ORIGINAL proceedings in Supreme Court.

W. L. MARTIN, Attorney General, and P. W. TURNER, Assistant Attorney General, for the State. RUSHTON, WILLIAMS & CRENSHAW, H. A. FERRELL, GLENN & DE GRAFFENRIED, and J. W. KELLY, for appellant.

Per curiam. It is the judgment of the court that said Daniel as Sheriff be impeached and removed from office, and it is so ordered.

SAYRE, J., not sitting.

---

## W. U. TEL. CO. v. S. & N. ALA. RY. CO.

(Decided May 18, 1916. Rehearing denied June 30, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

ALBERT T. BENEDICT, W. C. FITTS, FORNEY JOHNSTON, RUSHTON, WILLIAMS & CRENSHAW, and GEORGE H. FEARONS, for appellant. TILLMAN, BRADLEY & MORROW, L. C. LEDBETTER, H. L. STONE, GEO. W. JONES, and E. PERRY THOMAS, for appellee.

Per curiam. Affirmed on authority of L. & N. R. R. Co. v. W. U. T. Co., 195 Ala. 124, 71 South. 118.